# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole M. Koutsouros <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-17060 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 4935

                                      Respectfully submitted,

                                      **/s/Denise Carlon, Esquire**
                                      Denise Carlon, Esquire
                                      dcarlon@kmllawgroup.com
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406