United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17060-ref
Nicole M. Koutsouros                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith               Page 1 of 1              Date Rcvd: Jul 20, 2017
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db             Nicole M. Koutsouros,    27 Putter Lane,    Birdsboro, PA  19508-8401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
     DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     STANTON M. LACKS    on behalf of Debtor Nicole M. Koutsouros blackslaw@comcast.net
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nicole M. Koutsouros
     Debtor(s)

Chapter: 13
Bankruptcy No: 16−17060−ref

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 20, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Richard E. Fehling
                                              Judge ,
                                              United States Bankruptcy Court

                                                                     23
                                                                 Form 155