```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 16-17060-amc
Nicole M. Koutsouros                                            Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0313-4          User: JEGilmore              Page 1 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             Nicole M. Koutsouros,    27 Putter Lane,    Birdsboro, PA 19508-8401
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13803296      +Barclays,    125 S West Street,    Wilmington, DE 19801-5014
13868568       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
13803297      +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13803298       Childrens Place/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13803306       PNC Bank Mortgage Service,    P.O. Box 8703,    Dayton, OH 45401-8703
13865149      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankruptcy,
                3232 Newmark Drive,    Miamisburg, OH 45342-5421
13803304       Patelco,    P.O. Box 8020,    Pleasanton, CA 94588-8601
13803307      +Raymour & Flannigan,    1000 Macarthur BV,    Mahwah, NJ 07430-2035
13846469      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                Dallas, TX 75380-0849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:16
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:19     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13898671      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2019 02:55:59     COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13803299       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2019 02:55:59
                Comenity Bank/New York & Co,    P.O. Box 182789,    Columbus, OH 43218-2789
13803300       E-mail/Text: mrdiscen@discover.com Dec 14 2019 02:55:50     Discover,   PO Box 15316,
                Wilmington, DE 19850-5316
13807212       E-mail/Text: mrdiscen@discover.com Dec 14 2019 02:55:50     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13803301       E-mail/Text: jmerrill@inspirefcu.org Dec 14 2019 02:56:59     Inspire Federal Credit Union,
                2104 Bath Road,    Bristol, PA 19007
13803302      +E-mail/Text: bncnotices@becket-lee.com Dec 14 2019 02:55:53     Kohls Department Store,
                P.O. Box 3115,    Milwaukee, WI 53201-3115
13803303       E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:20     Lowes/Synchrony Bank,
                P.O. Box 530914,    Atlanta, GA 30353-0914
13869227      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2019 02:56:25     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
13854569       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 02:59:21
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13803305       E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:18     PayPal Credit,   P.O. Box 105658,
                Atlanta, GA 30348-5658
13804350       E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2019 02:59:22
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14202404      +E-mail/Text: bncmail@w-legal.com Dec 14 2019 02:56:31     SYNCHRONY BANK,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13803308       E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:20     Syncb/Sams,   P.O. Box 965005,
                Orlando, FL 32896-5005
13803309       E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:21     Synchrony Bank/JCP,
                P.O. Box 960090,    Orlando, FL 32896-0090
13803310       E-mail/Text: BKRMailOps@weltman.com Dec 14 2019 02:56:30     Weltman, Weinberg & Reis,
                P.O. Box 93596,    Cleveland, OH 44101-5596
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
               Seattle, WA 98121-3132
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STANTON M. LACKS    on behalf of Debtor Nicole M. Koutsouros blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Nicole M. Koutsouros
      Debtor(s)

Bankruptcy No: 16−17060−amc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 12/13/19

35 − 34
Form 138_new